**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____   Chapter   **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Clintwood JOD, LLC** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **84-3158359** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **15888 Ferrells Creek Road** <br> **Belcher, KY 41513** <br> Number, Street, City, State & ZIP Code | **PO Box 2100** <br> **Pikeville, KY 41502** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Pike** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor   **Clintwood JOD, LLC**                                             Case number (*if known*) _____
     Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **2121**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor   **Clintwood JOD, LLC**
_____
Name

Case number (*if known*) _____

| | | | | |
|---|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | **JOD Mineral Properties, LLC** | Relationship | **Affiliate** |
| | District | **Eastern District of Kentucky** | When **3/22/26** | Case number, if known |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

.   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Clintwood JOD, LLC**                                    Case number (*if known*) _____
         Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 20, 2026**
              MM / DD / YYYY

**X** **/s/ J. Christopher Adkins**                              **J. Christopher Adkins**
Signature of authorized representative of debtor                Printed name

Title   **Authorized Signatory**

**18. Signature of attorney**

**X** **/s/ Dean A. Langdon**                      Date   **March 20, 2026**
Signature of attorney for debtor                          MM / DD / YYYY

**Dean A. Langdon**
Printed name

**Gartland Thacker DelCotto PLLC**
Firm name

**200 North Upper St.**
**Lexington, KY 40507**
Number, Street, City, State & ZIP Code

Contact phone   **(859) 231-5800**      Email address   **dlangdon@gtdfirm.com**

**40104 KY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Clintwood JOD, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 20, 2026**     *X* **/s/ J. Christopher Adkins**
                                   Signature of individual signing on behalf of debtor

                                     **J. Christopher Adkins**
                                     Printed name

                                     **Authorized Signatory**
                                     Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Clintwood JOD, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Richmond Hill Investments LLC 7 Columbia Turnpike Suite 201 Florham Park, NJ 07932** | | all assets | | $26,550,000.00 | $0.00 | $26,550,000.00 |
| **Maynard's Capital / Align Finance 5310 E High Street, Suite 310 Phoenix, AZ 85054** | | Equipment (Multiple) | | $8,923,384.83 | $0.00 | $8,923,384.83 |
| **Community Trust Bank, Inc. 346 North Mayo Trail Pikeville, KY 41501** | | specific equipment, deposit accounts, intangibles | | $8,641,813.93 | $0.00 | $8,641,813.93 |
| **KENTUCKY STATE TREASURER SEVERANCE TAX DIVISION REVENUE CABINET FRANKFORT, KY 40619** | | | | | | $3,354,603.66 |
| **Caterpillar Financial Services 2121 West End Ave P.O. Box 340001 Nashville, TN 37203** | | specific equipment | | $1,950,460.24 | $0.00 | $1,950,460.24 |
| **WHAYNE SUPPLY COMPANY DBA BOYD COMPANY DEPARTMENT 8326 CAROL STREAM, IL 60122-8326** | | specific equipment | | $1,499,610.21 | $0.00 | $1,499,610.21 |

Debtor   **Clintwood JOD, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Pathward (Insurance Premium Finance) P.O. Box 224528 Dallas, TX 75222-4528** | | **[Insurance Premium Finance - GL/Excess/Auto/D&O/Equipment/Cyber Insurance]** | | **$1,491,361.90** | **$0.00** | **$1,491,361.90** |
| **NELSON BROTHERS LLC 820 SHADES CREEK PKWY STE 2000 BIRMINGHAM, AL 35209** | | | | | | **$1,428,478.71** |
| **Anthem Blue Cross Blue Shield P.O. Box 4445 Atlanta, GA 30302** | | **Health and medical insurance** | | | | **$1,109,070.12** |
| **AMERICAN ELECTRIC POWER KENTUCKY POWER COMPANY P O BOX 371420 PITTSBURGH, PA 15250-7420** | | | | | | **$1,093,233.75** |
| **SHERIFF OF PIKE COUNTY PROPERTY TAX DIVISION P O BOX 839 PIKEVILLE, KY 41502** | | | | | | **$639,786.37** |
| **BUCHANAN COUNTY TREASURER P O BOX 1056 Grundy, VA 24614** | | **ACCRUED PROPERTY AND UNMINED MINERAL TAXES** | | | | **$604,646.21** |
| **JONES OIL COMPANY, INC. P O BOX 3427 PIKEVILLE, KY 41502** | | | | | | **$594,750.78** |
| **Carpenters Repair Inc. PO BOX 415 Lake, WV 25121-0415** | | | | | | **$510,735.60** |
| **Rockwood Casualty Insurance Company 654 Main Street Rockwood, PA 15557** | | **Workers' Comp insurance** | | | | **$427,205.00** |

Debtor  **Clintwood JOD, LLC**                                      Case number *(if known)*
   Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **AFS/IBEX FINANCIAL SERVICES PO BOX 650786 Dallas, TX 75265-0786** | | | | | | **$412,839.64** |
| **BRANDEIS MACHINERY & SUPPLY CO DEPARTMENT 8013 CAROL STREAM, IL 60122-8013** | | | | | | **$324,673.57** |
| **CONTINENTAL HERITAGE INSURANCE 200 PARK AVE SUITE 400 ORANGE VILLAGE, OH 44122** | | all assets, all coal | | **$215,393.26** | **$0.00** | **$215,393.26** |
| **SYNTERRA CORPORATION 336 TOWN MOUNTAIN ROAD SUITE 4 PIKEVILLE, KY 41501** | | | | | | **$201,651.80** |
| **WHITES ARMATURE WORKS INC 1150 HUFF CR HWY P O BOX 330 MALLORY, WV 25634** | | | | | | **$198,535.51** |

# United States Bankruptcy Court
### Eastern District of Kentucky

In re   **Clintwood JOD, LLC**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF MAILING LIST MATRIX

I, the Authorized Signatory of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under

penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of __**30**__ page(s) is true and

correct and complete, to the best of my (our) knowledge.

Date:   **March 20, 2026**

**/s/ J. Christopher Adkins**
**J. Christopher Adkins**/**Authorized Signatory**
Signer/Title

I, _____**Dean A. Langdon**_____, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached
Master Address List consisting of __**30**__ page(s) has been verified by comparison to Schedules D through H to be complete, to the
best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide
notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as
any amendments may be made.

Date:   **March 20, 2026**

**/s/ Dean A. Langdon**
Signature of Attorney
**Dean A. Langdon**
**Gartland Thacker DelCotto PLLC**
**200 North Upper St.**
**Lexington, KY 40507**
**(859) 231-5800   Fax: (859) 281-1179**

3B CONSTRUCTION LLC
475 CEDAR CREEK ROAD
PIKEVILLE KY 41501


A & A SUPPLIES INC
PO BOX 99
WHITESBURG KY 41858


A & S AUTO PARTS INC
P O BOX B
ELKHORN CITY KY 41522


ACIN LLC
175 IRWIN ROAD
Huntington WV 25705


ADVANCE STORES COMPANY INC
ADVANCE AUTO PARTS
LOCKBOX 742063 6000 FELDWOOD
COLLEGE PARK GA 30349


AFS/IBEX FINANCIAL SERVICES
PO BOX 650786
Dallas TX 75265-0786


AIRGAS INC
PO BOX 734672
DALLAS TX 75373-4672


AJ'S AUTO GLASS
P O BOX 1070
MOUNT GAY WV 25637


AMANDA MAY
AMANDA MAY CLEANING
2446 NARROWS BRANCH
HARDY KY 41531


AMERICAN ELECTRIC POWER
KENTUCKY POWER COMPANY
P O BOX 371420
PITTSBURGH PA 15250-7420

AMERICAN HYDRAULICS & REBUILD
P O BOX 26
LOGAN WV 25601


American United Life Insurance
P O BOX 6123
Indianapolis IN 46206-6123


ANDERSON EQUIPMENT COMPANY
PO BOX 339
BRIDGEVILLE PA 15017


Anthem Blue Cross Blue Shield
P.O. Box 4445
Atlanta GA 30302


ANTHONY JUSTUS
ANTHONY JUSTUS TRUCKING
P O BOX 35
HURLEY VA 24620


Anthony Justus
d/b/a Anthony Justus Trucking
P O Box 35
Hurley VA 24620


Appalachian News Express
PO BOX 802
Pikeville KY 41502


APPALACHIAN POWER COMPANY
P O BOX 371496
PITTSBURGH PA 15250-7496


APPALACHIAN TIRE PRODUCTS INC
1119 PARK AVENUE NORTH EAST
NORTON VA 24273


APPALACHIAN WIRELESS
P O  BOX 630734
Cincinnati OH 45263-0734

Applied Industrial Technology
22510 Network Place
Chicago IL 60673


AQUATIC RESOURCES MANAGEMENT
2554 PALUMBO DRIVE
Lexington KY 40509


ARTEMIS CONSULTING SERVICES LL
P O BOX 1085
ABINGDON VA 24212


AT&T
P O BOX 5019
Carol Stream IL 60197-5019


B & M REPAIR INC
P O BOX 4546
CHAPMANVILLE WV 25508


BAIRD & BAIRD, PSC
P O BOX 351
PIKEVILLE KY 41502


BASIC PAYROLL LLC
CLIENT PAYMENTS
PO BOX 6278
MONONA WI 53716


Bates Security, LLC
PO Box 747049
Atlanta GA 30374-7049


BBU SERVICES OF WV LLC
PO BOX 169
KENNA WV 25248


Beltdoc, LLC
23 6TH STREET
Bristol TN 37620-2212

Bobby and Danny Justice
4129 Dismal River Road
Oakwood VA 24631


Boyd CAT
10001 Linn Station Road
Louisville KY 40223-3810


BRAKE SUPPLY COMPANY INC
4280 PAYSPHERE CIRCLE
CHICAGO IL 60674


BRANDEIS MACHINERY & SUPPLY CO
DEPARTMENT 8013
CAROL STREAM IL 60122-8013


BREAKTHRU CONSTRUCTION CO INC
P O BOX 108
APPALACHIA VA 24216


BROWN EDWARDS AND COMPANY LLP
636 SHELBY STREET SUITE 400
BRISTOL TN 37620


BRUCE WALTERS FORD
302 SOUTH MAYO TRAIL
PIKEVILLE KY 41501


BUCHANAN CO TREASURER-WASTE
DISPOSAL
P O  BOX 671
GRUNDY VA 24614-0671


Buchanan County Board of Supervisors
P O DRAWER 950
Grundy VA 24614


BUCHANAN COUNTY TREASURER
P O BOX 1056
Grundy VA 24614

BUCHANAN PUMP SERVICE & SUPPLY
P.O. BOX 827
POUND VA 24279

Buchanan Realty
4710 Hunterwood Circle
Richmond TX 77469

Bull Creek Coal Company
312 West Main Street
P O Box 187
Tazewell VA 24651

Canon
14904 Collections Center Drive
Chicago IL 60693-0149

CANON FINANCIAL SERVICES INC
14904 COLLECTIONS CENTER DRIVE
Chicago IL 60693-0149

CARMAN INDUSTRIES INC
P O BOX 579
JEFFERSONVILLE TN 47131-0579

Carpenters Repair Inc.
PO BOX 415
Lake WV 25121-0415

CARROLL ENGINEERING COMPANY
P O BOX 741245
ATLANTA GA 30384-1245

CARTER MACHINERY CO INC
1207 CATAPILLER ROAD
OAKWOOD VA 24631

Caterpillar Financial Services
2121 West End Ave
P.O. Box 340001
Nashville TN 37203

CAVALIER MINERAL INC
P O BOX 1200
VANSANT VA 24656


CB INDUSTRIES INC
997 COWPEN ROAD
PIKEVILLE KY 41501


CECILIA C STATEN
S & C CONVEYORS
655 HIGH STREET
WILLIAMSON WV 25661


CENTRIFUGAL SERVICES INC
CMI/CSI
PO BOX 674853
DALLAS TX 75267-4853


CHEMICAL SALES & CONSULTING LL
P O BOX 4003
PIKEVILLE KY 41502


CHILDERS AUTO & TRUCK PARTS
C/O PROBILLING & FUNDING
PO BOX 2222
DECATUR AL 35609-2222


City of Elkhorn
Tax Collection Agent
P O Box 393
Elkhorn City KY 41522


City of Pikeville
P O BOX 2728
Pikeville KY 41502-2728


City of Williamsburg
P O BOX 119
Williamsburg KY 40769


CJB Trucking, Inc.
3104 Home Creek Road
Grundy VA 24614

Cline Heirs and Gretchen Bogan
1400 Encore Pl. Apt #232
Lake Mary FL 32746


Clintwood JOD LLC
PO Box 100
Belcher KY 41513


Clintwood Marketing and Sales LP
7 Howick Place, 3rd Floor
London SW1P 1BB


COAL RUN STARTER & ALTERNATOR
INC
3382 NORTH MAYO TRAIL
PIKEVILLE KY 41501


COALFIELD PARTS & SUPPLY CO.
25420 S. LEVISA ROAD
MOUTHCARD KY 41548


COLE TRUCK PARTS INC
1015 BLUEFIELD AVENUE
BLUEFIELD WV 24701


COMMONWEALTH OF VIRGINIA
DIV OF MINED LAND RECLAMATION
3405 MOUNTAIN EMPIRE ROAD
BIG STONE GAP VA 24219


COMMUNITY TRUST BANK
P O BOX 2947
PIKEVILLE KY 41502-2947


Community Trust Bank, Inc.
346 North Mayo Trail
Pikeville KY 41501


CONN WELD INDUSTRIES LLC
PO BOX 5329
PRINCETON WV 24740

CONTINENTAL HERITAGE INSURANCE
200 PARK AVE SUITE 400
ORANGE VILLAGE OH 44122


CONVEYANCE ACQUISITION LLC
PO BOX 62781
SHARONVILLE OH 45241


CONVEYOR MANUFACTURING &
SUPPLY INC
P O BOX 665
HOLDEN WV 25625


Custom Print and Design LLC
P O BOX 150
Forest Hills KY 41527


DAL TRUCKING INC
4897 LESTER'S FORK ROAD
Grundy VA 24614


DAL Trucking, Inc.
4897 Lester's Fork Road
Grundy VA 24614


DANNY STACY TRUCKING INC
PO BOX 1052
GRUNDY VA VA 24614


Danny Stacy Trucking, Inc.
PO BOX 1052
Grundy VA 24614


DATT Services, LLC
1008 River Bottom Dr
Hurley VA 24620


Denali Energy Group, LLC
1140 Tanbark Road
Lexington KY 40515

DEWAR OF VIRGINIA INC
PO BOX 5386
PRINCETON WV 24740-5386


DHIYOHOUSE INC
PO BOX 782
Norton VA 24273


DICKIE MCCAMEY & CHILCOTE P.C.
TWO PPG PLACE SUITE 400
Pittsburgh PA 15222-5402


DIRTY WORK SEPTIC SERVICE LLC
P O BOX 2126
INEZ KY 41224


DIV AIR QUALITY EMISSIONS INV
300 SOWER BOULEVARD
Frankfort KY 40601


DIVERSIFIED PRODUCTION LLC
PO BOX 74325
CLEVELAND OH 44194-0002


DJ'S RADIATOR SALES & SERVICE
PO BOX 2538
Coeburn VA 24230-2538


DLH DRUG & ALCOHOL TESTING LLC
527 PALMER AVENUE
Logan WV 25601


DOUBLE L EXCAVATION LLC
PO BOX 100
ASHCAMP KY 41512


DRIVES & CONVEYORS, INC.
P O BOX 399
CORBIN KY 40702


EAGLE ONE MINING INC
P O BOX 2977
PIKEVILLE KY 41502

Eagle One Mining, Inc
P O BOX 2977
Pikeville KY 41502


EASTERN SCREENS & DRIVES INC
470 ADAMS ROADH ROAD
PIKEVILLE KY 41501


EASTERN TELEPHONE & TECHNOLOGI
P O BOX 2898
Pikeville KY 41502


Easy Money Trucking LLC
PO BOX 216
Big Rock VA 24603-0216


EDT Trucking Inc.
PO BOX 292
Hurley VA 24620-0292


ELECTRIC LINE CO., INC.
PO BOX 1167
WILLIAMSON WV 25661


ELITE SECURITY LLC
317 RIVER DRIVE
LOGAN WV 25601


EMPOWER TRUST COMPANY LLC
PO BOX 561148
Denver CO 80256-1148


Empower Trust Company, LLC
PO BOX 561148
Denver CO 80256-1148


EMZIE BLANKENSHIP
BLANKENSHIP LOGGING
51180 STATE HWY 194E
STOPOVER KY 41568

Emzie Blankenship
d/b/a Blankenship Logging
51180 STATE HWY 194E
Stopover KY 41568


ENVIRONMENTAL MONITORING INC
5730 INDUSTRIAL PARK ROAD
NORTON VA 24273


EPIROC USA LLC
8001 ARISTA PLACE SUITE 400
BROOMFIELD CO 80021


ER JOD Holdings A & B - Tranche A
381 Park Avenue South, Suite 1101
New York NY 10016


ER JOD Holdings A & B - Tranche B
381 Park Avenue South, Suite 1101
New York NY 10016


ER JOD Holdings, LLC
381 Park Avenue South, Suite 1101
New York NY 10016


ESCAPE VELOCITY HOLDINGS INC
TRACE3 LLC
P O BOX 847467
LOS ANGELES CA 90084-7467


Essex Equity Joint Investment Vehicle
381 Park Avenue South, Suite 1101
New York NY 10016


FALCON COAL CORPORATION
P O BOX 1247
WISE VA 24293


Falcon Coal Corporation.
P O BOX 1247
Wise VA 24293

FARLEY DRILLING
PO BOX 866
PINEVILLE WV 24874


FAST FUSION LLC
1564 IA-14
KNOXVILLE IA 50138


FLSMIDTH INC
FLSMIDTH INC-CHARLESTON OP
16002 WINFIELD ROAD
FRAZIERS BOTTOM WV 25082


GEARHEART COMMUNICATIONS
P O BOX 740729
CINCINNATI OH 45274-0729


Gerald Fields Trucking Co., Inc.
3015 Brush Road
Varney KY 41571


GIBBS TRUCKING LLC
PO BOX 441
GRUNDY VA 24614


GIBSON WELDING AND MACHINE INC
7936 CARTER BRANCH ROAD
WISE VA 24293


GRANITE TELECOMMUNICATIONS LLC
P O BOX 830103
PHILADELPHIA PA 19182-0103


GRASSY AUTO PARTS INC
6374 HIGHWAY 460 WEST
WEST LIBERTY KY 41472


GRAYLOR ENTERPRISES LLC
P O BOX 105
NORTH MATEWAN WV 25688

HAMILTON FENCE
549 RT 49
WILLIAMSON WV 25661


Hazelett Holdings, LLC
PO Box 2306
Pikeville KY 41502-2306


HELTON OVERHEAD DOOR SALES
EAST INC
4469 LICK CREEK
SALYERSVILLE KY 41465


HILLS MACHINERY COMPANY LLC
1014 ATLAS WAY
COLUMBIA SC 29209


HOLDEN MACHINE & FABRICATION
COMPANY INC.
PO BOX 678
HOLDEN WV 25625


HUGHES NETWORK SYSTEMS LLC
P O BOX 96874
Chicago IL 60693-6874


HUNTINGTON STEEL & SUPPLY CO
155 THACKER ROAD
PIKEVILLE KY 41501


HURBERRIES INC
ATTENTION:  ACCOUNTS
P O BOX 210
COEBURN VA 24230


INDUSTRIAL SUPPLY COMPANY
OF KNOXVILLE
P O BOX 1906
KNOXVILLE TN 37901


Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

J P TECHNICAL SERVICES INC
82 OSBORNE ROAD
LONDON KY 40741


J. Christopher Adkins
PO Box 2100
Pikeville KY 41502


JABO SUPPLY CORPORATION
PO BOX 238
HUNTINGTON WV 25707


JENNMAR CORPORATION OF VIRGINIA
P O BOX 301
Cedar Bluff VA 24609-0301


JOD Holdings, LLC
PO Box 100
Belcher KY 41513


JOD Mineral Properties, LLC
c/o Richmond Hill Investments Co., LP
375 Hudson Street, 12th Floor
New York NY 10014


JOD Mineral Properties, LLC
PO Box 100
Belcher KY 41513


John Christopher Adkins
1851 SIX MILE ROAD
Danville WV 25053


JOHN M COMBS
COMBS EQUIPMENT GROUP LLC
14 SWASSON RD
MIDDLESBORO KY 40965


JONES OIL COMPANY, INC.
P O BOX 3427
PIKEVILLE KY 41502

JONES PETROLEUM SERVICES LLC
P O BOX 4276
PIKEVILLE KY 41502


Jordan M. Jones
PO Box 2100
Pikeville KY 41502


Judith Trucking Co., Inc.
P O BOX 4320
Pikeville KY 41502


JUSTIN BRANHAM
468 Overlook Terrace
Jenkins KY 41537


JWC Trucking Corp.
1012 Birch Road
Grundy VA 24614


JWC TRUCKING CORPORATION
1012 BIRCH ROAD
GRUNDY VA 24614


K&T May Trucking, Inc.
1069 Camp Creek Road
Stopover KY 41568


KELLY'S RADIATOR SERVICE INC
974 RT 1409
OIL SPRINGS KY 41238


Kentucky Berwind
P O BOX 79018
Baltimore MD 21279


Kentucky Power Company
American Electric Power
P O BOX 371420
Pittsburgh PA 15250-7420

KENTUCKY STATE TREASURER
DIVISION OF MOTOR CARRIERS
PO BOX 2004
FRANKFORT KY 40602-2004


KENTUCKY STATE TREASURER
SEVERANCE TAX DIVISION
REVENUE CABINET
FRANKFORT KY 40619


KENTUCKY STATE TREASURER
DEPT OF REVENUE   SALES TAX
P O BOX 5110
FRANKFORT KY 40619


KILO HOLDINGS LP
PO Box 569
Poca WV 25159


Kinzer
P O BOX 155
Allen KY 41601-0155


KU
A PPL COMPANY
PO BOX 771670
ST LOUIS MO 63177-1670


KY Dept. of Revenue
Legal Branch - Bankruptcy Section
P. O. Box 5222
Frankfort KY 40602


KY Energy & Environmental Cabinet
c/o Office of Legal Services
300 Sower Blvd, 3td Floor
Frankfort KY 40601


Land Company of Corbin, Inc.
PO BOX 1450
Corbin KY 40702-1450

LEAVELL INVESTMENT MANAGEMENT
210 ST JOSEPH STREET
MOBILE AL 36602


Leavell Investment Management, Inc
210 St Joseph Street
Mobile AL 36602


LECO CORPORATION
3000 LAKEVIEW AVENUE
ST JOSEPH MI 49085-2396


LESLIE EQUIPMENT COMPANY
P O BOX 3540
PIKEVILLE KY 41502


LOGAN CORPORATION
124 WORD ROAD
SALYERSVILLE KY 41465


LOGAN URQUHART GEWIN JR
306 BRAWOOD DRIVE
Mobile AL 36608


LUBE EQUIP INC
P O BOX 1140
ASHLAND KY 41105-1140


M M D Mineral Sizing, Inc.
41 EXCELLENCE WAY
VONORE TN 37874


MAGGARD SALES AND SERVICE INC
7915 SOUTH FORK ROAD
POUND VA 24279


MARK A COLEMAN TRUCKING
3856 GUESSES FORK ROAD
HURLEY VA 24620

Mark A. Coleman
d/b/a Mark A. Coleman Trucking
3856 Guesses Fork Road
Hurley VA 24620


MARMIC FIRE & SAFETY CO INC
P O BOX 1939
LOWELL AR 72745-1939


MARTIN'S PETERBILT OF EASTERN
KENTUCKY
101 INDUSTRIAL BLVD
PIKEVILLE KY 41501


Matthew S. Furnas, Principal of
SpringForge Strategic Finance, LLC
1500 1st Ave N
Birmingham AL 35203


MAYHORNS INC
7109 RT 23 NORTH
PIKEVILLE KY 41501


Maynard's Capital / Align Finance
5310 E High Street, Suite 310
Phoenix AZ 85054


MCCLUNG LOGAN EQUIPMENT CO INC
P O BOX 1158
WISE VA 24293-1158


McClung-Logan Equipment Company
P O BOX 1158
Wise VA 24293-1158


MCLANAHAN CORPORATION
200 WALL STREET
HOLLIDAYSBURG PA 16648


Medora Partners LLC
118 North Royal St Ste 705
Mobile AL 36602

MILL CREEK WEDGES INC
9307 MOUNTAIN COVE ROAD
POUND VA 24279


Millenium Trust Company
2001 Spring Road, Suite 700
Oak Brook IL 60523


Mine Safety and Health Administration
P O Box 790390
Saint Louis MO 63179-0390


MINI MAX INFORMATION SYSTEMS
INC
9900 SHELBYVILLE ROAD SUITE 6
LOUISVILLE KY 40223-2937


MORRIS-COKER INC
P O BOX 1106
BECKLEY WV 25802-1106


MOTOR CARRIER SOLUTIONS INC
P O BOX 550
GRAYSON KY 41143


MOUNTAIN AIR COMPRESSOR INC
LOCKBOX 5138
PO BOX 660367
DALLAS TX 75266-0367


MOUNTAIN MACHINERY INC
P O BOX 763
VIRGIE KY 41572


MOUNTAIN WATER DISTRICT
P O  BOX 3157
PIKEVILLE KY 41502


MSHA


NAVANA LABS LLC
PO BOX 1122
CRAB ORCHARD WV 25827-1122

```
NELCO
PO BOX 1157
Grand Rapids MI 49501-1157


NELSON BROTHERS LLC
820 SHADES CREEK PKWY STE 2000
BIRMINGHAM AL 35209


New Comp, LLC
381 Park Avenue South, Ste 1101
New York NY 10016


NORFOLK SOUTHERN RAILWAY CO
MAIL CODE 5629
P O BOX 71209
CHARLOTTE NC 28272-1209


Norfolk Southern Railway Company
MAIL CODE 5629
P O BOX 71209
Charlotte NC 28272-1209


NORRIS SCREEN & MANUFACTURING
PO BOX 674860
DALLAS TX 75267-4860


NRP
175 IRWIN ROAD
Huntington WV 25705


OHIO TRANSMISSION & PUMP CO. &
AIR TECHNOLOGIES
6644 TEAYS VALLEY RD
SCOTT DEPOT WV 25660


OPTIMUM
P O BOX 70340
Philadelphia PA 19176-0340


PARSLEY'S GENERAL TIRE INC
2006 N MAIN STREET
LONDON KY 40741
```

PartnerLink
PO Box 561148
Denver CO 80256-1148


Pathward (Insurance Premium Finance)
P.O. Box 224528
Dallas TX 75222-4528


PAUL'S FAN COMPANY INC
PO BOX 61
BIG ROCK VA 24603


PENN VIRGINIA OPERATING CO LLC
P O BOX 102992
ATLANTA GA 30368-2992


Pentegra Trust Company
Pentegra Services, Inc
701 Westchester Ave Suite 320E
White Plains NY 10604-3027


PERFORMANCE DRIVES INC
P O BOX 1682
RICHLANDS VA 24641


Pike County Occupational Tax
P O BOX 1319
Pikeville KY 41502


PIKE COUNTY SOLID WASTE
PO BOX 1229
PIKEVILLE KY 41501


Pitney Bowes
P O BOX 981039
Boston MA 02298-1039


PITNEY BOWES INC
P O BOX 981039
BOSTON MA 02298-1039

PLANCHECK CPAS LLC
CERTIFIED PUBLIC ACCOUNTANTS
1 EASTON OVAL, SUITE 310
Columbus OH 43219


POLYDECK SCREEN CORPORATION
P O BOX 602783
CHARLOTTE NC 28260-2783


PRECISION CAPTURE INC
1400 HIGH AVENUE
LOUISVILLE KY 40213


PRECISION INC
P O BOX 971
NEON KY 41840


PREISER SCIENTIFIC, INC
P.O. BOX 1330
94 OLIVER ST
ST ALBAN WV 25177


PREMIER ENVIRONMENTAL SOLUTION
LLC
PO BOX 4276
PIKEVILLE KY 41502-4276


PROFESSIONAL HIGHWALL MINING
SERVICES LLC
145 GEORGE STREET-SUITE E
BECKLEY WV 25801


QUALITY COAL LLC
QUALITY COAL #3
116 CACTUS COURT
MT STERLING KY 40353


QUALITY COAL LLC
QUALITY COAL #1
116 CACTUS COURT
MT STERLING KY 40353

Quality Coal LLC
116 Cactus Court
Mount Sterling KY 40353


Quality Coal, LLC.
116 Cactus Court
Mount Sterling KY 40353


QUALITY MAGNETITE LLC
P O BOX 671413
DALLAS TX 75267-1413


QUALITY NATURAL GAS LLC
P O BOX 480
ALLEN KY 41601-0480


QUILL CORPORATION
P O BOX 37600
PHILADELPHIA PA 19101-0600


R STUART RAYBOLD TRUSTEE
504 Church Street
Farmville VA 23901


RAILROAD MANAGEMENT COMPANY IV
P O BOX 679950
DALLAS TX 75267-9950


Rebecca Justus Trucking, Inc.
T/A Triple J Trucking
1031 Pounding Mill Drive
Hurley VA 24620


Red River
1499 Maple Street
Stanton KY 40380


REFAB INC
BOX 437
STOLLINGS WV 25646-0437

Richard Wayne Blankenship
2315 Smith Branch Road
Grundy VA 24614


Richmond Hill Capital Partners, LP
381 PARK AVE SOUTH RM 1101
New York NY 10016


Richmond Hill Investments LLC
7 Columbia Turnpike Suite 201
Florham Park NJ 07932


RINGCENTRAL INC.
PO BOX 734232
Dallas TX 75373-4232


River Rose LLC
397 Little Card Road
Mouthcard KY 41548


Rockwood Casualty Insurance Company
654 Main Street
Rockwood PA 15557


ROGER E RATLIFF
231 EAST CEDAR DRIVE
Pikeville KY 41501-2022


RUDD EQUIPMENT COMPANY
DEPT 77432
P O BOX 77000
DETROIT MI 48277-0432


SCHNABEL INC
SCHNABEL ENGINEERING LLC
P O BOX 7422
MERRIFIELD VA 22116-7422


SCP DISTRIBUTORS LLC
RECSUPPLY
109 NORTHPARK BLVD STE 400
COVINGTON LA 70433

SGS NORTH AMERICA INC
MINERALS SERVICES DIVISION
P O BOX 2502
CAROL STREAM IL 60132-2502


SHERIFF OF PIKE COUNTY
PROPERTY TAX DIVISION
P O BOX 839
PIKEVILLE KY 41502


SHIANA TRUCKING CO INC
7995 HURLEY ROAD
HURLEY VA 24620


Shiana Trucking Inc.
7995 Hurley Road
Hurley VA 24620


SILVER SPUR CONVEYORS INC
P O BOX 490
RAVEN VA 24639


SKYLINE CONTRACTING INC
PO BOX 663
OAKWOOD VA 24631


SOLID STEEL SOLUTIONS INC
PO BOX 2342
MIDDLESBORO KY 40965-2342


SOUTHEAST DRILLING SUPPLIES LL
48 BUCK FIELD ROAD
PIKEVILLE KY 41501


Southeast Trucking Inc.
PO BOX 459
Big Rock VA 24603


Southern Express Inc.
PO BOX 657
Hurley VA 24620

SPILMAN THOMAS & BATTLE PLLC
300 KANAWHA BOULEVARD EAST
CHARLESTON WV 25301


STATE ELECTRIC SUPPLY COMPANY
122 JOHNSON STREET
PIKEVILE KY 41501


STONE COAL TIRE & AUTO LLC
1147 STONE COAL RD
PIKEVILLE KY 41501


STRATA EQUIPMENT LLC
P O BOX 930228
ATLANTA GA 31193-0228


STRATA SAFETY PRODUCTS LLC
P O BOX 930228
ATLANTA GA 31193-0228


SUMMIT ENGINEERING INC
P O BOX 3007
PIKEVILLE KY 41502


SYNERGY ENGINEERING SERVICE
PLLC
611 HAMBLEY BLVD SUITE 3
PIKEVILLE KY 41501


SYNERGY GLOBAL GROUP
P O BOX 2496
BECKLEY WV 25802


SYNTERRA CORPORATION
336 TOWN MOUNTAIN ROAD
SUITE 4
PIKEVILLE KY 41501


TABOR MACHINE COMPANY
PO BOX 674847
DALLAS TX 75267-4847

TERELION LLC
1625 W CROSBY RD SUITE 124
CARROLLTON TX 75006


TERRY NATHAN RATLIFF
1273 HIGHWAY 139 UNIT 205A
Dandridge TN 37725


THE BLACK DIAMOND COMPANY
C/O UNITED COAL COMPANY LLC
2112 N ROAN STREET SUITE 610
Johnson City TN 37601


Thomas Richardson
201 WHARTON STREET
Blacksburg VA 24060


TIC TOC TIRE
P O BOX 670
DANVILLE WV 25053


TIM D JOHNSON
AMERAUS TRACTOR CO
PO BOX 625
BLUFF CITY TN 37618-0625


Tommy May Trucking, Inc.
1069 Camp Creek Road
Stopover KY 41568


Torchlight Advanced Fuels, Inc
1658 Torchlight Rd
Louisa KY 41230-5689


TOWNLEY ENGINEERING AND
MANUFACTURING CO, INC
PO BOX 221
CANDLER FL 32111


TRACKS TRUCKING LLC
4717 OLD LESTER FORK ROAD
Grundy VA 24614

Tracks Trucking LLC
4717 Ood Lesters Fork Rd
Grundy VA 24614


TREASURER
COMMISSIONER OF THE REVENUE
P O BOX 1042
Grundy VA 24614


Treasurer of VA
VIRGINIA ENERGY
3405 MOUNTAIN EMPIRE ROAD
Big Stone Gap VA 24219


TREASURER OF VIRGINIA
DEPT OF ENVIRONMENTAL QUALITY
PO BOX 1104
RICHMOND VA 23218


Treasurer, KY Unemployment Ins Fund
P O Box 2003
Frankfort KY 40602-2003


TREY K MINING & ELECTRIC INC
P O BOX 235
KIMPER KY KY 41539


TRI COUNTY AUTO & TRUCK PARTS
P O BOX 220 HWY 460
MOUTHCARD KY 41548


TRINITY HOSE & INDUSTRIAL
SUPPLY LLC
7734 NORTH MAYO TRAIL
PIKEVILLE KY 41501


TUG VALLEY SERVICE AND SUPPLY
LLC
P O BOX 214
KERMIT WV 25674


TURNER SEED INC OF KENTUCKY
PO BOX 739
LAVERGNE TN 37086-0739

TWO WAY RADIO SERVICE COMPANY
1234 LITTLE PRATER ROAD
Grundy VA 24614


Tyler Stiltner Trucking
1376 Bethleham Church Road
Grundy VA 24614


U S BEARING AND POWER
TRANSMISSION CORP
P O BOX 1216
SCOTT DEPOT WV 25560


UNITED CENTRAL INDUSTRIAL
SUPPLY COMPANY LLC
33182 RIVER SIDE DRIVE
BIG ROCK VA 24603


UNITED STATES DEPT OF TREASURY
MINE SAFETY & HEALTH ADMIN
P O BOX 790390
Saint Louis MO 63179-0390


UNUM LIFE INSURANCE COMPANY
PO BOX 409548
Atlanta GA 30384-9548


VERIZON
P O BOX 15124
ALBANY NY 12212-5124


Vestis
PO Box 731676
Dallas TX 75373-1676


VEYANCE INDUSTRIAL SERVICES IN
DBA NATIONAL BELT SERVICE
1375 A HOLDEN ROAD
CORA WV 25614


VIRGINIA DEPT OF TAXATION
 (SALES TAX)
P O BOX 26627
RICHMOND VA 23261-6627

Virginia Dept. of Taxation
Unemployment Tax
PO Box 1777
Richmond VA 23218-1777


Virginia Dept. of Taxation
Withholding Tax
PO Box 1777
Richmond VA 23218-1777


VIRGINIA VULCANIZING INC
PO BOX 61
BOISSEVAIN VA 24606


WC HYDRAULICS LLC
172 PHILPOT LANE
BEAVER WV 25813


WE SELL LLC
2234 Pea Patch Rd
Jewell Ridge VA 24622


WEST RIVER CONVEYORS
AND MACHINERY COMPANY
8936 DISMAL RIVER ROAD
OAKWOOD VA 24631-9631


WEST VIRGINIA ELECTRICAL
REPAIR LLC
PO BOX 1022
BLUEFIELD VA 24605-1022


WEST VIRGINIA SPRING & RADIATO
CO INC
P O BOX 550
NITRO WV 25143


West Virginia State Tax Department
PO Box 1667
Charleston WV 25326-1667


WESTECH ENGINEERING LLC
3665 S WEST TEMPLE
SALT LAKE CITY UT 84115

WEX FLEET UNIVERSAL
P O BOX 4337
Carol Stream IL 60197-4339


WHAYNE SUPPLY COMPANY
DBA BOYD COMPANY
DEPARTMENT 8326
CAROL STREAM IL 60122-8326


White Wolf Transportation
c/o Jerry Tackett
PO BOX 1352
Prestonsburg KY 41653-1352


WHITES ARMATURE WORKS INC
1150 HUFF CR HWY
P O BOX 330
MALLORY WV 25634


Whitley County Clerk
PO BOX 8
Williamsburg KY 40769


Whitley County Occupational
PO Box 268
Williamsburg KY 40769


WILLIAMS FORESTRY & ASSOCIATES
192 LaFayette Street
Ringgold GA 30736


WISE GLASS & MIRROR INC
P O BOX 3575/613 W MAIN STREET
WISE VA 24293


WOLFORD BIT SERVICE INC
PO BOX 220
BREAKS VA 24607


WOLFORD LLC
1008 RIVER BOTTOM DRIVE
HURLEY VA 24620

Wolford, LLC
1008 River Bottom Drive
Hurley VA 24620


WV PLC REPAIR INC
P O BOX 293
WHITMAN WV 25652


XPRESS CABLE & REPAIR
12744 KINGSTON PIKE SUITE 202
KNOXVILLE TN 37934