# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky
### London Division

Mailing Address: 100 E Vine Street Ste 200, Lexington, KY 40507–1430

In re  Clintwood JOD, LLC

    PO Box 2100
    Pikeville, KY 41502

aka/dba:

SSN/TID:

     84–3158359

Debtor(s)

Case No. 26–60438–grs

Chapter: 11

## ORDER TO FILE/AMEND

    A Petition having been filed in the above–referenced case on March 22, 2026, and the Court being otherwise properly and sufficiently advised,

    It is ORDERED that, within 14 days of the filing date of the Petition, pursuant to the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local Bankruptcy Rules for the Eastern District of Kentucky, the following document(s) shall be filed with the Court:

    Missing document(s) or a portion thereof:

    Schedules A, B, D–H with Declaration Under Penalty of Perjury for Non–Individual Debtors, Summary of Assets and Liabilities for Non–Individuals, Statement of Financial Affairs for Non–Individuals Filing for Bankruptcy, Disclosure of Compensation of Attorney for Debtor, and Ch 11 List of Equity Security Holders.

    Failure to comply with this Order may result in the dismissal of this case, or the withholding of the discharge of Debtor(s) without further notice or hearing. This does not limit any party in interest from seeking contempt sanctions, dismissal of the case, or any other remedy for failure to comply with this Order.

DATED: March 23, 2026



By the Court –

/s/Gregory R. Schaaf
Gregory R. Schaaf
U.S. Bankruptcy Judge

KYE_oamd

7