**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **CLINTWOOD JOD, LLC** | ) | Case No. 26-60438-grs |
| **JOD MINERAL PROPERTIES, LLC** | ) | Case No. 26-60439-grs |
| | ) | |
| *Debtors in Possession.* | ) | *(Jointly Administered)* |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for interested parties Continental Heritage Insurance Company ("Continental Heritage") and Continental Land Co LLC ("Continental Land," and together with Continental Heritage, the "Continental Parties"), and under Rule 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Bankruptcy Rules for the Eastern District of Kentucky, requests that all notices given or required to be given, and all papers and pleadings filed or served or required to be served in this case be given and served upon:

**Brian H. Meldrum
KAPLAN JOHNSON ABATE & BIRD LLP**
710 West Main Street, Suite 400
Louisville, KY 40202
(502) 242-9111
bmeldrum@kaplanjohnsonlaw.com

PLEASE TAKE FURTHER NOTICE that under Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules and Local Bankruptcy Rules specified above, but also, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, that (1) affects or seeks to affect in any way the rights or interests of any creditor or party in interest in this case, including the Continental Parties, with respect to (a) the Debtors, (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of other(s) that the Debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payments, or other conduct by the Continental Parties.

PLEASE TAKE FURTHER NOTICE that the Continental Parties intend that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive (1) the Continental Parties' right to have final orders in noncore matters entered only after de novo review by a District Judge; (2) the Continental Parties' right to any trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (3) the Continental Parties' right to request that the District Court withdraw the reference of any matter subject to

mandatory or discretionary withdrawal; and/or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Continental Parties may be entitled under any agreement, in law, in equity, or otherwise, all of which the Continental Parties reserve.

DATED:         March 24, 2026

*/s/ Brian H. Meldrum*
**Brian H. Meldrum**
KAPLAN JOHNSON ABATE & BIRD LLP
710 West Main Street, 4th Floor
Louisville, KY 40202
Telephone: (502) 242-9111
Email: bmeldrum@kaplanjohnsonlaw.com

*Counsel for Continental Heritage Insurance Company and Continental Land Co LLC*

### **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2026, I served the foregoing Notice by electronic filing through the Court's CM/ECF system.

*/s/ Brian H. Meldrum*
**Brian H. Meldrum**