UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

    CLINTWOOD JOD, LLC,               CASE NO. 26-60438

        DEBTOR.                     CHAPTER 11

## NOTICE OF APPEARANCE

Please take notice that Katie Davidson Franklin hereby enters her appearance as counsel for Square Resources US LLC. The undersigned respectfully requests that all further filings in this case be served on her.

Respectfully submitted,

*/ s/ Katie Davidson Franklin*

Brian M. Johnson
Katie Davidson Franklin
DICKINSON WRIGHT PLLC
300 West Vine Street, Suite 1700
Lexington, Kentucky  40507
Telephone: (859) 899-8700
Email: bjohnson@dickinsonwright.com
       kfranklin@dickinsonwright.com
Counsel for Square Resources US LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March, 2026, I electronically filed the foregoing with the clerk of the Court, which will send a notice of electronic filing to all the registered participants through the Court's electronic filing system.

*/s/ Katie Davidson Franklin*
Counsel for Square Resources US LLC

4925-9886-3259 v1 [119172-1]