UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
London Division

In re:

Clintwood JOD, LLC, *et al.*[1]

Debtor.

Case No. 26-60438
Chapter 11

### Appointment of Official Committee of Unsecured Creditors

Paul A. Randolph, Acting United States Trustee, pursuant to 11 U.S.C. §

1102(a)(1), appoints the following creditors to serve on the Official Committee

of Unsecured Creditors:

Nelson Brothers, LLC *(INTERIM CHAIR)*
Marty Petrunyak
820 Shades Creek Parkway
Suite 2000
Birmingham, AL 35209
mpetrunyak@nelbro.com

Jones Oil Company, Inc.
PO Box 3427
Pikeville, KY 41502
(502) 625-2734
AStosberg@GrayIce.com

---

[1] The Debtors in these chapter 11 cases are Clintwood JOD, LLC and JOD
Mineral Properties, LLC.

Kentucky Berwind Land Company
Saul Treiman, CEO and President
16114 Ferrells Creek Rd.
Belcher, KY 41513
saul.treiman@BNRCorp.com

Wayne Blankenship
2315 Smith Branch Road
Grundy, VA 24614
(276) 935-7847
VABlankenships5@yahoo.com

Brandeis Machinery & Supply Company
Brian Logsdon, General Manager, Financing Credit
1801 Watterson Trail
Louisville, KY 40299
(502) 493-4273
brian_logsdon@bramco.com

SynTerra Corporation
Craig Miller, CFO
148 River Street, Suite 220
Greenville, SC 29601
864-527-4633
cmiller@synterracorp.com

Joseph Barnett on behalf of himself and all others similarly situated
c/o Stuart J. Miller
100 Church Street 8th FL
New York, NY 10007
221-581-5005
stuart@lankmill.com

The United States Trustee reserves the right to modify the composition of

this Committee if circumstances warrant.

2

Dated: April 2, 2026

**Paul A. Randolph**
Acting United States Trustee

By: */s/ Bradley M. Nerderman*
     Tim Ruppel
     Assistant U.S. Trustee
     Bradley M. Nerderman
     Trial Attorney
     Office of the U.S. Trustee
     100 E. Vine St., Suite 500
     Lexington, KY 40507
     (859) 233-2822

### Certificate of Service

I certify that on April 2, 2026, I served a copy of the foregoing via ECF noticing upon all parties registered to receive notice electronically. A certificate of service for mail service will be filed separately.

*/s/ Bradley M. Nerderman*
Bradley M. Nerderman