UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

CLINTWOOD JOD, LLC, *et al.*[1]

DEBTORS

CASE NO. 26-60438
CHAPTER 11

*JOINT ADMINISTRATION*

**NOTICE OF FILING WIND DOWN BUDGET
AND OPPORTUNITY TO OBJECT**

Come Clintwood JOD, LLC and JOD Mineral Properties, LLC (the "Debtors"), by counsel, and hereby give notice of the filing of a proposed wind down budget attached hereto as Exhibit A (the "Wind Down Budget"). The Debtors have recently filed a Report of Sale and expect to soon file a Motion to Dismiss their cases. Upon the closing of the sale of substantially all of the Debtors' assets, the DIP Loan approved pursuant to the Final Order Approving Post Petition Financing, Authorizing Use of Cash Collateral, and Granting Adequate Protection (the "Final Cash Collateral Order") [ECF No. 235] was assumed by the purchaser. Accordingly, the procedures set forth in the DIP Facility Commitment (sic) Term Sheet for budget approval are inapposite. Inasmuch as the ongoing use of cash collateral has been given final approval, the Debtors submit the Wind Down Budget to provide transparency regarding the use of remaining cash collateral after the payments set forth in the Notice of Filing Final Budget Through Closing [ECF No. 368]. The Debtors have evaluated and calculated or estimated known administrative claims remaining and propose using cash collateral to pay such claims to the extent set forth on the Wind Down Budget. Based upon the Wind Down Budget, funds remain after payment of the listed administrative claims; however, there are substantial claims which the Debtors are still

[1] The Debtors in these chapter 11 cases are Clintwood JOD, LLC and JOD Mineral Properties, LLC.

evaluating/investigating (the "Potential Claims") which exceed the projected balance. The Debtors expect to conclude their evaluation of the Potential Claims[2] prior to a hearing on the Motion to Dismiss and will file an updated budget addressing the payment of the Potential Claims prior thereto.

The Debtors submit that objections, if any, to the Wind Down Budget must be filed and served on or before August 7, 2026, or the Wind Down Budget will be an approved budget under the Final Cash Collateral Order. In the event of any objections, the Debtors request same be heard simultaneously with the Motion to Dismiss.

Respectfully submitted,

GARTLAND THACKER DELCOTTO PLLC

/s/ *Dean A. Langdon*
Dean A. Langdon, Esq. (KY Bar No. 40104)
Heather M. Thacker, Esq.
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
dlangdon@gtdfirm.com
hthacker@gtdfirm.com
COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION

**CERTIFICATE OF SERVICE**

In addition to the parties who will be served electronically by the Court's ECF System, the undersigned certifies that a true and accurate copy of the foregoing was served by electronic mail or first-class U.S. mail, postage prepaid, on July 31, 2026 on the parties listed on the Master Service List.

/s/ *Dean A. Langdon*
COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION

[2] Known Potential Claims are identified after the Wind Down Budget and while Debtors have included known Potential Claims, others may come to light in the future.

**EXHIBIT A**

| | WE 7/24 | Forecast | Notes |
|---|---|---|---|
| Current Cash Balance | 317,130.92 | 1,399,681.07 | |
| Calgon | 422,584.10 | - | |
| Calgon | 684,877.60 | - | |
| Jewell | | - | |
| Hills Fuel (received) | 40,049.25 | - | |
| Hills Fuel | 72,561.75 | - | |
| Black Gold | 44,579.10 | - | |
| Square | - | - | |
| Square Transaction Proceeds | 500,000.00 | - | |
| Continental Heritage Transaction Proceeds | 600,000.00 | - | |
| **Cash Available** | **2,681,782.72** | **1,399,681.07** | |
| | | | |
| Payroll | (673,874.04) | (193,701.22) | Personnel related to 7 week winddown. |
| Matthew Furnas | | (12,000.00) | Represents retention through mid August to assist with winddown. |
| Employee Related Expenses | | (23,878.08) | Primarily relates to employee uniform vendor as well as employee 401k program admin fees |
| Security | (39,764.92) | (9,357.83) | Represents current amount owed for services through 7/24 |
| WEX Gas | (4,315.57) | (8,803.25) | Represents current amount owed for operations through 7/24 |
| W/C & O/D Funding | | - | |
| Health Insurance | | (72,000.00) | Represents estimated health insurance cost for 7 week winddown |
| G/l Insurance 7/16 | | - | |
| Rockwood W/C 6/15 | | - | |
| Small Utilities | (2,102.96) | (35,000.00) | Represents estimated power bills/utilities and internet for 7 week winddown |
| Employee Reimbursements | (7,724.04) | (25,000.00) | Represents misc. office related charges during the winddown. |
| Biological Monitoring | - | - | |
| Debtor Counsel | (25,000.00) | (25,000.00) | Estimated professional fees through Dismissal |
| Committee Counsel | (25,000.00) | (25,000.00) | Estimated professional fees through Dismissal |
| FA/IB | (25,000.00) | (125,000.00) | Estimated professional fees through Dismissal and $100k transaction fee |
| US Trustee | | (111,512.92) | Represents Q2 and stub Q3 US Trustee fees |
| Gibbs Trucking (track repairs) | | - | |
| Mineral Lab | | - | |
| Trace 3 | | - | |
| Fayette Graphics (W-2's and 1099's) | | (908.42) | Represents tax forms for current year employees. |
| Chrystal Nelson | (1,657.50) | - | |
| MHSA Penalties | | (7,612.00) | Represents current amounts owed |
| State Penalties | (5,455.00) | (13,000.00) | Represents estimated amounts owed |
| Ky DOW AO | | (40,000.00) | Estimate amount owed related to Department of Water |
| Permit Fees | | - | |
| Trucking | (81,742.05) | (31,626.11) | Represents current amount owed for operations through 7/24 |
| Nelson Brothers | | - | |
| Plant Utilities #2 | - | - | |
| CW #3 Pond pump | (11,162.00) | - | |
| Other | - | (76,000.00) | Miscellaneous post-petition items as well as final tax return, W-2 and 1099 processing estimate. |
| May Royalties (due 6/20) | | - | |
| June Royalties (due 7/20) | | - | |
| July Royalties (due 8/20) | | - | |
| SmartCloud, LLC | | (3,000.00) | |
| Helena Jackson | - | (6,500.00) | Ordinary course legal work |
| Boyd (Jeremy's SIS program) | | - | |
| Ky Severance (Apr, due 5/20) | (121,518.65) | - | |
| Ky Severance (May, due 6/20) | (100,763.85) | - | |
| Ky Severance (Jun, due 7/20) | (94,787.72) | - | |
| Ky Severance (Jul, due 8/20) | | (100,081.00) | Estimated severance taxes owed for July |
| Va Severance (Apr, due 5/20) | | - | |
| Va Severance (May, due 6/20) | | - | |
| Va Severance (Jun, due 7/20) | (3,986.68) | - | |
| Va Severance (Jul, due 8/20) | | (45,048.00) | Estimated severance taxes owed for July |
| Excise Taxes (2nd qtr) | (22,553.89) | - | |
| Excise Taxes (July) Estimate (due 10/31) | | (5,571.00) | Estimated production taxes owed for July |
| OSM Reclamation Taxes | (14,873.05) | - | |
| OSM Reclamation Taxes July Estimate (due 10/31) | | (15,226.00) | Estimated production taxes owed for July |
| Ky Reclamation Guatanty Fund | (9,165.24) | - | |
| Ky Reclamation Guatanty Fund July Estimate (due 10/31) | | (8,094.15) | Estimated production taxes owed for July |
| Va Reclamation | (1,496.62) | - | |
| Va Reclamation July Estimate (due 10/31) | | (2,547.00) | Estimated production taxes owed for July |
| Ky Sales Tax | (10,157.87) | - | |
| Ky Sales Tax July (due 8/20) | | (500.00) | |
| | | | |
| **Total Expenses** | **(1,282,101.65)** | **(1,021,966.98)** | |
| **Remaining Cash** | **1,399,681.07** | **377,714.09** | |

| **Potential Administrative Claims** | | |
|---|---|---|
| G/l Insurance 7/16 | (161,478.65) | Potentially secured by unearned premiums |
| Rockwood W/C 6/15 | (305,123.00) | May through July premiums (subject to potential escrow offset) |
| Gibbs Trucking (track repairs) | (21,000.00) | Amount in dispute |
| May Royalties (due 6/20) | (238,416.39) | Production royalties (only) on rejected leases |
| June Royalties (due 7/20) | (233,298.05) | Production royalties (only) on rejected leases |
| July Royalties (due 8/20) | (301,532.00) | Production royalties (only) on rejected leases |
| | (1,260,848.09) | |
| **Potential % Payment** | **30%** | |