UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

CLINTWOOD JOD, LLC, *et al.*[1]

DEBTORS

CASE NO. 26-60438
CHAPTER 11

*JOINT ADMINISTRATION*

---

**NOTICE OF FILING AMENDED WIND DOWN BUDGET
AND OPPORTUNITY TO OBJECT**

---

Come Clintwood JOD, LLC and JOD Mineral Properties, LLC (the "Debtors"), by counsel, and hereby give notice of the filing of an amended proposed wind down budget attached hereto as Exhibit A (the "Amended Wind Down Budget"). The Debtors previously filed a Report of Sale [ECF No. 394] and a Motion to Dismiss their cases [ECF No. 396]. Upon the closing of the sale of substantially all of the Debtors' assets, the DIP Loan approved pursuant to the Final Order Approving Post Petition Financing, Authorizing Use of Cash Collateral, and Granting Adequate Protection (the "Final Cash Collateral Order") [ECF No. 235] was assumed by the purchaser. Accordingly, the procedures set forth in the DIP Facility Commitment (sic) Term Sheet for budget approval are inapposite. Inasmuch as the ongoing use of cash collateral has been given final approval, the Debtors submit the Amended Wind Down Budget to provide transparency regarding the use of remaining cash collateral after the payments set forth in the prior Notices with respect to the use of cash collateral {ECF Nos. 368, 395, 397]. The Debtors have evaluated and calculated or estimated known administrative claims remaining and propose using cash collateral to pay such claims to the extent set forth on the Amended Wind Down Budget. Based upon the Amended Wind Down Budget, funds remain after payment of the listed

[1] The Debtors in these chapter 11 cases are Clintwood JOD, LLC and JOD Mineral Properties, LLC.

administrative claims which are to be distributed pro rata on claims identified as Potential Administrative Claims. The Debtors have substantially concluded their evaluation of the Potential Claims[2] and file the attached Amended Wind Down Budget addressing the payment of the Potential Claims.

The Debtors submit that objections, if any, to the Amended Wind Down Budget must be filed and served on or before August 19, 2026, or the Amended Wind Down Budget will be an approved budget under the Final Cash Collateral Order. In the event of any objections, the Debtors request same be heard simultaneously with the Motion to Dismiss.

Respectfully submitted,

GARTLAND THACKER DELCOTTO PLLC

/s/ *Dean A. Langdon*
Dean A. Langdon, Esq. (KY Bar No. 40104)
Heather M. Thacker, Esq.
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
dlangdon@gtdfirm.com
hthacker@gtdfirm.com
COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION

**CERTIFICATE OF SERVICE**

In addition to the parties who will be served electronically by the Court's ECF System, the undersigned certifies that a true and accurate copy of the foregoing was served by electronic mail or first-class U.S. mail, postage prepaid, on August 12, 2026 on the parties listed on the Master Service List and lessors identified on Exhibit B.

/s/ *Dean A. Langdon*
COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION

[2] Known Potential Claims are identified after the Wind Down Budget and while Debtors have included known Potential Claims, others may come to light in the future.