| | WE 7/24 | Forecast | Notes |
|---|---|---|---|
| Current Cash Balance | 317,130.92 | 1,399,681.07 | |
| Calgon | 422,584.10 | - | |
| Calgon | 684,877.60 | - | |
| Hills Fuel (received) | 40,049.25 | - | |
| Hills Fuel | 72,561.75 | - | |
| Black Gold | 44,579.10 | - | |
| Square Transaction Proceeds | 500,000.00 | - | |
| Continental Heritage Transaction Proceeds | 600,000.00 | - | |
| Miscellaneous Deposits | - | 543.12 | |
| **Cash Available** | **2,681,782.72** | **1,400,224.19** | |
| | | | |
| Payroll | (673,874.04) | (190,319.74) | Personnel related to 7 week winddown. |
| Matthew Furnas | - | (33,676.34) | Represents retention through mid August to assist with winddown. |
| Employee Related Expenses | - | (27,904.06) | Employee uniform vendor as well as employee 401k program admin fees |
| Security | (39,764.92) | - | |
| WEX Gas | (4,315.57) | (7,643.34) | Represents current amount owed for operations through 7/24 |
| Health Insurance | - | (72,000.00) | Represents estimated health insurance cost for 7 week winddown |
| Rockwood W/C 6/15 | - | (150,000.00) | Agreed reduction of workers compensation premium |
| Small Utilities | (2,102.96) | (30,741.81) | Represents estimated power bills/utilities and internet for 7 week winddown |
| Employee Reimbursements | (7,724.04) | (21,500.00) | Represents misc. office related charges during the winddown. |
| Debtor Counsel | (25,000.00) | (25,000.00) | Estimated professional fees through Dismissal |
| Committee Counsel | (25,000.00) | (25,000.00) | Estimated professional fees through Dismissal |
| FA/IB | (25,000.00) | (125,000.00) | Estimated professional fees through Dismissal and $100k transaction fee |
| US Trustee | - | (110,768.86) | Represents Q2 and stub Q3 US Trustee fees |
| Fayette Graphics (W-2's and 1099's) | - | (908.42) | Represents tax forms for current year employees. |
| Chrystal Nelson | (1,657.50) | - | |
| MHSA Penalties | - | (7,612.00) | Represents current amounts owed |
| State Penalties | (5,455.00) | (29,434.21) | Represents estimated amounts owed |
| Ky DOW AO | - | (40,000.00) | Estimate amount owed related to Department of Water |
| Trucking | (81,742.05) | - | |
| CW #3 Pond pump | (11,162.00) | - | |
| Other | - | (32,105.75) | Miscellaneous items as well as final tax return, W-2 and 1099 processing estimate. |
| SmartCloud, LLC | - | (3,000.00) | |
| Helena Jackson | - | (12,000.00) | Ordinary course legal work |
| Ky Severance (Apr, due 5/20) | (121,518.65) | - | |
| Ky Severance (May, due 6/20) | (100,763.85) | - | |
| Ky Severance (Jun, due 7/20) | (94,787.72) | - | |
| Ky Severance (Jul, due 8/20) | - | (46,690.76) | Actual severance taxes owed for July |
| Va Severance (Jun, due 7/20) | (3,986.68) | - | |
| Va Severance (Jul, due 8/20) | - | (61,625.86) | Actual severance taxes owed for July |
| Excise Taxes (2nd qtr) | (22,553.89) | - | |
| Excise Taxes (July) Estimate (due 10/31) | - | (5,929.48) | Actual production taxes owed for July |
| OSM Reclamation Taxes | (14,873.05) | - | |
| OSM Reclamation Taxes July Estimate (due 10/31) | - | (15,515.24) | Actual production taxes owed for July |
| Ky Reclamation Guaranty Fund | (9,165.24) | - | |
| Ky Reclamation Guaranty Fund July Estimate (due 10/31) | - | (7,577.10) | Actual production taxes owed for July |
| Va Reclamation | (1,496.62) | - | |
| Va Reclamation July Estimate (due 10/31) | - | (328.24) | Actual production taxes owed for July |
| Ky Sales Tax | (10,157.87) | - | |
| | | | |
| **Total Expenses** | **(1,282,101.65)** | **(1,082,281.21)** | |
| **Remaining Cash** | **1,399,681.07** | **317,942.98** | |

| **Potential Administrative Claims** | | |
|---|---|---|
| Security | (9,357.83) | Represents current amount owed for services through 7/24 |
| Trucking | (31,626.11) | Represents current amount owed for operations through 7/24 |
| Gibbs Trucking (track repairs) | (21,000.00) | Amount in dispute |
| May Royalties (due 6/20) | (216,452.61) | Production royalties (only) on rejected leases |
| June Royalties (due 7/20) | (232,790.77) | Production royalties (only) on rejected leases |
| July Royalties (due 8/20) | (431,337.75) | Production royalties (only) on rejected leases |
| | (942,565.07) | |
| **Potential % Payment** | **34%** | |