**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF KENTUCKY**

**THE HONORABLE Gregory R. Schaaf**

IN RE: CASE NUMBER 26-60438

Clintwood JOD, LLC

**U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING**

DATE: 08/20/2026 TIME: 09:00

ISSUE:

396 07/31/2026 Debtors' Motion to Dismiss, filed by Clintwood JOD, LLC. Hearing on Motion to Dismiss Case scheduled for 8/20/2026 at 09:00 AM at Lexington Courtroom, 2nd Floor. (Attachments: # 1 Proposed Order) (Langdon, Dean)

DISPOSITION:

Chambers to prepare order, Granted

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**

**Signed By:**
***Gregory R. Schaaf***
**Bankruptcy Judge**
**Dated: Thursday, August 20, 2026**
**(rah)**