**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

**IN RE**

**CLINTWOOD JOD, LLC, *et al.*[1]** **CASE NO. 26-60438**
**CHAPTER 11**

**DEBTORS** **(JOINT ADMINISTRATION)**

**ORDER DISMISSING CHAPTER 11 CASES**

This matter is before the Court upon the Motion of Clintwood JOD, LLC and JOD Mineral Properties, LLC (the "Debtors"), for entry of an Order dismissing the Debtors' Chapter 11 cases (the "Motion"). The Court having reviewed the record and having considered same, and it appearing that notice of the Motion was sufficient in the circumstances, and it appearing that no objections having been filed or any timely objections being hereby overruled, and finding good cause for the Motion, and further finding that dismissal is in the best interests of creditors in these cases, and preferable to conversion of the cases to chapter 7, for the reasons stated in the Motion and at the hearing, the Court **HEREBY FINDS, ORDERS AND CONCLUDES** as follows:

1. The Motion be and is hereby GRANTED.

2. Pursuant to 11 U.S.C. § 1112(b)(1), these jointly administered cases are hereby DISMISSED for cause, without prejudice to any party in interest seeking a subsequent reopening of the cases.

[1] The Debtors in these chapter 11 cases are Clintwood JOD, LLC and JOD Mineral Properties, LLC.

3. Notwithstanding the foregoing or anything else in this Order to the contrary, that certain Power of Attorney granted by Debtors to CW Reclaim, LLC and referenced in Sections 6.2, 6.17 and other sections of the APA, granting CW Reclaim LLC authority to act as set forth therein in matters related to the completion of the permit transfers and all paperwork related thereto, is approved and shall remain in full force and effect and shall be otherwise unaffected by this Order or the dismissal of these cases.

4. The Debtors are authorized to make the payments on the attached Amended Wind Down Budget also filed at ECF No. 398-1. The Debtors shall not make any payments to Debtors' counsel, Committee's counsel, or investment bankers/financial advisors listed in the Amended Wind Down Budget until fee applications are finally approved by this Court.

5. Notwithstanding anything to the contrary, including 11 U.S.C. § 349, all prior orders, releases, stipulations, settlements, rulings, orders, and judgment of this Court made during the course of the Bankruptcy Cases shall remain final and in full force and continued effect; shall remain valid and enforceable; shall be unaffected by the dismissal of the Bankruptcy Cases; and are specifically preserved for all preclusive purposes, including collateral estoppel and res judicata.

6. All professionals that filed employment applications, except for Brown Edwards & Company L.L.P. and ordinary course professionals, shall file final fee applications within fourteen days after the hearing on the Motion to Dismiss. Upon the completion of and payment for their work, the employment of any professionals engaged by the Debtors or the Committee in these Bankruptcy Cases shall be terminated. Additionally, upon entry of this Order, said professionals shall have no further obligation under the Orders approving their employment.

7. The Debtors and their respective officers and employees who served during any portion of the Bankruptcy Cases, the Debtors' professionals retained in the Bankruptcy Cases, the Committee, its individual members and the Committees' professionals retained in the Bankruptcy Cases (the "Exculpated Parties) shall be exculpated from any liability for any act taken or omitted to be taken in good faith from the Petition Date through the entry of this order in connection with or related to these Bankruptcy Cases, including but not limited to the implementation of this Order (except an act contrary to its terms), except for any claim or cause of action arising from fraud, gross negligence or willful misconduct of such Exculpated Party.

8. It appears no good cause exists for this Court to retain jurisdiction over the adversary action styled *Joseph Barnett on behalf of himself and others similarly situated v. Clintwood JOD, LLC, et al*., Adversary No. 26-6002 (the "WARN Act Case"). The Debtors/Defendants must, however, file a motion to dismiss in the adversary proceeding and provide at least 7-days notice.

9. This is a final Order.



**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**

**Signed By:**
***Gregory R. Schaaf***
**Bankruptcy Judge**
**Dated: Friday, August 21, 2026**
**(grs)**

| | WE 7/24 | Forecast | Notes |
|---|---|---|---|
| Current Cash Balance | 317,130.92 | 1,399,681.07 | |
| Calgon | 422,584.10 | - | |
| Calgon | 684,877.60 | - | |
| Hills Fuel (received) | 40,049.25 | - | |
| Hills Fuel | 72,561.75 | - | |
| Black Gold | 44,579.10 | - | |
| Square Transaction Proceeds | 500,000.00 | - | |
| Continental Heritage Transaction Proceeds | 600,000.00 | - | |
| Miscellaneous Deposits | - | 543.12 | |
| **Cash Available** | **2,681,782.72** | **1,400,224.19** | |
| | | | |
| Payroll | (673,874.04) | (190,319.74) | Personnel related to 7 week winddown. |
| Matthew Furnas | - | (33,676.34) | Represents retention through mid August to assist with winddown. |
| Employee Related Expenses | - | (27,904.06) | Employee uniform vendor as well as employee 401k program admin fees |
| Security | (39,764.92) | - | |
| WEX Gas | (4,315.57) | (7,643.34) | Represents current amount owed for operations through 7/24 |
| Health Insurance | - | (72,000.00) | Represents estimated health insurance cost for 7 week winddown |
| Rockwood W/C 6/15 | - | (150,000.00) | Agreed reduction of workers compensation premium |
| Small Utilities | (2,102.96) | (30,741.81) | Represents estimated power bills/utilities and internet for 7 week winddown |
| Employee Reimbursements | (7,724.04) | (21,500.00) | Represents misc. office related charges during the winddown. |
| Debtor Counsel | (25,000.00) | (25,000.00) | Estimated professional fees through Dismissal |
| Committee Counsel | (25,000.00) | (25,000.00) | Estimated professional fees through Dismissal |
| FA/IB | (25,000.00) | (125,000.00) | Estimated professional fees through Dismissal and $100k transaction fee |
| US Trustee | - | (110,768.86) | Represents Q2 and stub Q3 US Trustee fees |
| Fayette Graphics (W-2's and 1099's) | - | (908.42) | Represents tax forms for current year employees. |
| Chrystal Nelson | (1,657.50) | - | |
| MHSA Penalties | - | (7,612.00) | Represents current amounts owed |
| State Penalties | (5,455.00) | (29,434.21) | Represents estimated amounts owed |
| Ky DOW AO | - | (40,000.00) | Estimate amount owed related to Department of Water |
| Trucking | (81,742.05) | - | |
| CW #3 Pond pump | (11,162.00) | - | |
| Other | - | (32,105.75) | Miscellaneous items as well as final tax return, W-2 and 1099 processing estimate. |
| SmartCloud, LLC | - | (3,000.00) | |
| Helena Jackson | - | (12,000.00) | Ordinary course legal work |
| Ky Severance (Apr, due 5/20) | (121,518.65) | - | |
| Ky Severance (May, due 6/20) | (100,763.85) | - | |
| Ky Severance (Jun, due 7/20) | (94,787.72) | - | |
| Ky Severance (Jul, due 8/20) | - | (46,690.76) | Actual severance taxes owed for July |
| Va Severance (Jun, due 7/20) | (3,986.68) | - | |
| Va Severance (Jul, due 8/20) | - | (61,625.86) | Actual severance taxes owed for July |
| Excise Taxes (2nd qtr) | (22,553.89) | - | |
| Excise Taxes (July) Estimate (due 10/31) | - | (5,929.48) | Actual production taxes owed for July |
| OSM Reclamation Taxes | (14,873.05) | - | |
| OSM Reclamation Taxes July Estimate (due 10/31) | - | (15,515.24) | Actual production taxes owed for July |
| Ky Reclamation Guaranty Fund | (9,165.24) | - | |
| Ky Reclamation Guaranty Fund July Estimate (due 10/31) | - | (7,577.10) | Actual production taxes owed for July |
| Va Reclamation | (1,496.62) | - | |
| Va Reclamation July Estimate (due 10/31) | - | (328.24) | Actual production taxes owed for July |
| Ky Sales Tax | (10,157.87) | - | |
| | | | |
| **Total Expenses** | **(1,282,101.65)** | **(1,082,281.21)** | |
| **Remaining Cash** | **1,399,681.07** | **317,942.98** | |

| | | | |
|---|---|---|---|
| **Potential Administrative Claims** | | | |
| Security | | (9,357.83) | Represents current amount owed for services through 7/24 |
| Trucking | | (31,626.11) | Represents current amount owed for operations through 7/24 |
| Gibbs Trucking (track repairs) | | (21,000.00) | Amount in dispute |
| May Royalties (due 6/20) | | (216,452.61) | Production royalties (only) on rejected leases |
| June Royalties (due 7/20) | | (232,790.77) | Production royalties (only) on rejected leases |
| July Royalties (due 8/20) | | (431,337.75) | Production royalties (only) on rejected leases |
| | | (942,565.07) | |
| | **Potential % Payment** | **34%** | |