# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky
## London Division

Mailing Address: 100 E Vine Street Ste 200, Lexington, KY 40507−1430

In re Clintwood JOD, LLC

PO Box 2100
Pikeville, KY 41502

aka/dba:

SSN/TID:

84−3158359

Debtor(s)

Case No. 26−60438−grs

Chapter: 11

## NOTICE OF DISMISSAL

You are hereby notified that an order was entered on 08/21/2026, dismissing the above−captioned chapter 11 case.

DATED: August 21, 2026

By the Court −

/s/Gregory R. Schaaf
Gregory R. Schaaf
U.S. Bankruptcy Judge